UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Saada, Diana

Case No.:  17-34336-CMG

Chapter:  7

Judge:  Christine M. Gravelle

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on April 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

50% interest in real estate located at:
21 Darien Drive
West Long Branch, NJ

Valued at $287,500.00

Liens on property:

Ocwen
$462,881.72

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.:  609.695.6070 or 973.243.8600

*rev.8/1/15*

4822-4379-9135, v. 1