UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Saada, Diana

Case No.: ___17-34336-CMG___

Chapter: _____7_____

Judge: __Christine M. Gravelle__

---

**NOTICE OF PROPOSED ABANDONMENT**

---

_Andrea Dobin,_ _____ _Chapter 7 Trustee_ _____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the U.S. Bankruptcy Court<br>U.S. Courthouse, 1st floor<br>402 E. State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on April 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no _3_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

    50% interest in real estate located at:
21 Darien Drive
West Long Branch, NJ

    Valued at $287,500.00

Liens on property:

    Ocwen
$462,881.72

Amount of equity claimed as exempt:

    $0.00

Objections must be served on, and requests for additional information directed to:

Name:     Andrea Dobin, Trustee

Address:     Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

_rev.8/1/15_

4822-4379-9135, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34336-CMG
Diana Lee Saada                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Mar 16, 2018
                             Form ID: pdf905       Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Diana Lee Saada,   1528 East 9th Street,   Brooklyn, NY 11230-6539
cr             +Deutsche Bank National Trust Company, as Trustee f,   6409 Congress Avenue, Ste 100,
                Boca Raton, FL 33487-2853
517208731       Alliance One,   8589 Aero Dr,   San Diego, CA 921231103
517208733       BIDMC Diagnostic Pathology,   1 Brookline Ave,   Boston, MA 02215-3421
517208734       Beth Israel,   317 3 17th St,   New York, NY 100033804
517208735       Beth Israel,   311  E 17th St,   New York, NY 100033804
517208736       Church Warren Realty Corp,   140 58th St Ste SF,   Brooklyn, NY 112202561
517208737       Comcast NJ Monmouth County Ser,   403 South St,   Eatontown, NJ 07724-1867
517249894      +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
517208738      +Eastern Account System,   15 Glen Rd Ste 110,   Sandy Hook, CT 06482-1161
517208739       Farmers National Doc Center,   PO Box 268994,   Oklahoma City, OK 731268994
517208741       Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 080541297
517208742       First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517268231      #JCP&L Co,   PO Box 579,   Red Bank NJ 07701-0579
517268232      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
                RED BANK NJ 07701-6771
                (address filed with court: JCPL,   76 S Main Street,   Akron OH 44308-1812)
517208743      #JERSEY CENTRAL POWER AND LIGHT COMPANY,   Bldg 3,   331 Newman Springs Rd,
                Red bank, NJ  07701-6771
517208745       Joseph E Heinz,   3 Wildwood Trl,   Boonton, NJ 07005-1038
517208746       Memorial Sloan Kettering,   Schwarz Research Blvd,   1250 1st Ave,   New York, NY  10065-6038
517208747       NJ Motor Vehicle,   POB 160,   Trenton, NJ  08666-0160
517268236       Senex Svc,   Monmouth Med Center
517208749       Specialized Loan Service,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO  80129-2386
517208750       Target N.b.,   PO Box 673,   Minneapolis, MN 554400673
517208751       Td Auto Finance,   5225 Crooks Rd Ste 140,   Troy, MI 48098-2823
517208752       Vengroff Williams In,   PO Box 4155,   Sarasota, FL 342304155
517208753       Verizon New Jersey Inc,   500 Technology Dr,   Weldon Spring, MO 63304-2225
517268238       Wells Fargo,   7711 Plantation Rd,   Roanoke VA 24019-3224
517208754       Wells Fargo,   1111 Plantation Rd,   Roanoke, VA 24019-3224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:32      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:29      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517208755       E-mail/Text: trustee@teichgroh.com Mar 16 2018 22:47:35      Barry Frost,   TEICH GROH,
                691 State Highway 33,   Trenton, NJ  08619-4407
517208740       E-mail/Text: legal@fastenal.com Mar 16 2018 22:46:18      Fastenal,   2001 Theurer Blvd,
                Winona, MN 55987-9902
517208748       E-mail/Text: EBN_Notifications@OWB.com Mar 16 2018 22:46:25      One West Bank,
                6900 Beatrice Dr,   Kalamazoo, MI  49009-9559
                                                                                  TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517268228       Bank of America
517268229       Comcast NJ Monmouth County Eq
517208756       Deutsche Bank Nation,   Att: Richard Citron
517268233       Lineberger Goggan Blair & Sampson
517268235       NY Presbyterian
517268234       New York Presbyterian
517268230       UMG/RW J Dept of Cancer
517268237       Vital Recovery Svcs
517268239       ZZAzanus Ltd
517208744*     ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
                RED BANK NJ 07701-6771
                (address filed with court: JCPL,   POB 3687,   Akron, OH  44309-3687)
517208732      ##Allied Interstate LLC,   PO Box 4000,   Warrenton, VA 20188-4000
                                                                                  TOTALS: 9, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 16, 2018
                             Form ID: pdf905           Total Noticed: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
        Andrea  Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
        Kevin M. Buttery    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
         Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2007-B, Home Equity Mortgage Loan
         Asset-Backed Certificates Series INABS 2007-B bkyefile@rasflaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 3